RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Xzavione Deon Taylor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00169-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| XZAVIONE DEON TAYLOR, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Xzavione Deon Taylor, that the Revocation Hearing currently scheduled on July 15, 2026, be vacated and continued to August 10, 2026 or a date thereafter convenient to the Court.

This Stipulation is entered into for the following reasons:

1.    The defendant has a pending related state matter that is set for trial on August 3, 2026.

2.    The parties agree that the state matter should be resolved before resolving the revocation, as the allegation in the petition stem from the state matter.

3.      After the state matter is resolved, counsel for the defendant would need additional time to prepare for the revocation hearing and engage in negotiations with the government for a potential resolution.

4.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of May, 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United
States


By */s/ Dawn A. Penn*

DAWN A. PENN
Assistant Federal Public Defender

By */s/ Jessica Oliva*

JESSICA OLIVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

XZAVIONE DEON TAYLOR,

      Defendant.

Case No. 2:23-cr-00169-APG-MDC

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 15, 2026 at 9:30 a.m., be vacated and continued to August 26, 2026 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 21st day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE